```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

ANGELLE LEBLANC                         CIVIL ACTION

VERSUS                                  NO: 09-6122

WYETH, INC., ET AL.                     SECTION: "A" (2)
```

### ORDER

Plaintiff having voluntarily dismissed her claims against defendants Actavis, Inc., Actavis Elizabeth, LLC, and PLIVA, Inc. f/n/a PLIVA USA, Inc.,

Accordingly;

**IT IS ORDERED** that the **Motions to Dismiss (Rec. Docs. 6 & 14)** filed by these defendants are **DISMISSED AS MOOT**.

March 4, 2010

```
                              _____
                                     JAY C. ZAINEY
                              UNITED STATES DISTRICT JUDGE
```